AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FRANCISCO FRANCO )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:13-CV-00714 SMV-GBW
)
THE BOARD OF COUNTY COMMISSIONERS FOR )
THE COUNTY OF ROOSEVELT IN ITS OFFICIAL )
CAPACITY, CHARLENE WEBB, in her individual )
capacities, et al )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Casanova
1700 North Boston
Portales, NM 88130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric D. Dixon
Attorney and Counselor at Law, P.A.
301 South Avenue A.
Portales, NM 88130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MATTHEW J. DYKMAN
*CLERK OF COURT*

Date: Wednesday, August 07, 2013

Signature: Barbara Ashleigh-Rhear
*Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-CV-00714

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Casanova
was received by me on *(date)* 8-8-13 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lindy BANister , who is
designated by law to accept service of process on behalf of *(name of organization)* DAvid Casanova +
Roosevelt County Dentention Center on *(date)* 8-8-13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ -0- for travel and $ -0- for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-8-13

*Pamelia K. Preston*
Server's signature

PAmeliA K. Preston, Process Server
Printed name and title

301 S. Ave A. Portales, NM 88130
Server's address

Additional information regarding attempted service, etc: