IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FRANCISCO FRANCO,**

        **Plaintiff,**

v.                                       CIV No. 13-714 LH/GBW

**THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ROOSEVELT, in its official capacity, CHARLENE WEBB, in her individual and official capacities, DAVID CASANOVA, in his individual and official capacities, and TAMARA PEEL, in her individual and official capacities,**

        **Defendants.**

## FINAL JUDGMENT

A Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment (ECF No. 40) has been entered contemporaneously with this Final Judgment, resulting in the dismissal, with prejudice, of all of Plaintiff's claims against all Defendants. This Final Judgment, in compliance with Rule 58 of the Federal Rules of Civil Procedure, adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that final judgment is entered in favor of all Defendants on Plaintiff's claims, which are **DISMISSED** in their entirety.

**IT IS SO ORDERED.**

                                                          _____
                                                          **SENIOR UNITED STATES DISTRICT JUDGE**